UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04362
     ISAIAH MCDONALD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-0074
```

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/13/2007 and was not confirmed.

     The case was dismissed without confirmation 08/02/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO PARKING | UNSECURED | 3420.00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| LEAASE FINANCE GROUP | UNSECURED | 1424.88 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL RECOVERIES INC | UNSECURED | 85.00 | .00 | .00 |
| PALISADES COLLECTION LLC | UNSECURED | 1432.78 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 166.47 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 602.96 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1339.81 | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 334.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 876.14 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 889.81 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 2178.20 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04362 ISAIAH MCDONALD

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
Dated: 12/05/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                         PAGE   2
        CASE NO. 07 B 04362 ISAIAH MCDONALD